UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUIS MINIER,

                               Petitioner,

                                              No. 9:12-CV-0637
         -v-                                    (DNH/RFT)

RUSSELL PERDUE, Warden,

                               Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

LUIS MINIER
Petitioner, Pro Se
62708-004
Ray Brook Federal Correctional Institution
PO Box 900
Ray Brook, NY 12977[1]

HON. RICHARD S. HARTUNIAN           CHARLES E. ROBERTS, ESQ.
United States Attorney for the            Ass't United States Attorney
   Northern District of New York
100 South Clinton Street
P.O. Box 7198
Syracuse, NY 13261

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

    Pro se petitioner Luis Minier brought this petition for a writ of habeas corpus pursuant

to 28 U.S.C. § 2241. On May 28, 2014, the Honorable Randolph F. Treece, United States

---

    [1] This is petitioner's last known address. He has not resided at Ray Brook Federal Correctional Institution for more than one year; however, he has failed to apprise the Court of his current address. See Dkt. No. 7, Lt., dated Jan. 30, 2014. The Report-Recommendation which is the subject of this Decision and Order was sent to him at this address and returned as undeliverable on June 9, 2014. See Dkt. No. 9.

Magistrate Judge, advised by Report-Recommendation that the petition be denied and that no certificate of appealability be issued. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED;

2. A Certificate of Appealability will not be issued.

The Clerk is directed to serve a copy of this Decision and Order upon petitioner in accordance with the Local Rules and close the file.

_____
United States District Judge

Dated: June 27, 2014
Utica, New York.