# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

LUIS MINIER,

    vs.                       CASE NUMBER: 9:12-CV-0637 DNH/RFT

RUSSELL PERDUE, Warden.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED :** Pursuant to the Decision and Order of the Hon. David N. Hurd, United States District Court Judge, dated June 27, 2014, it is ORDERED that Plaintiff's [1] petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED; A Certificate of Appealability will not be issued.

DATED: June 27, 2014

ENTERED 6/27/2014
BY PTM

Clerk of Court

-S-_____
P.T. McBrearty
Deputy Clerk